AO 120 (Rev 4/82)

| TO: | REPORT ON THE |
|---|---|
| **Commissioner of Patents and Trademarks**<br>**Washington, D.C. 20231** | **FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT** |

In compliance with the Act of July 19, 1952 ~~...~~ that a court action has been filed on the followin

Case: 2:08-cv-11741
Judge: Battani, Marianne O
MJ: Pepe, Steven D
Filed: 04-24-2008 At 01:18 PM
CMP MILAN V. APPLE INC (JTC)

| DOCKET NO. | DATE FILED | U.S. C |
|---|---|---|
| PLAINTIFF | | |

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | | | *Sge Attached* |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT NO. | DATE OF PATENT | PATENTEE |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| **DAVID J. WEAVER** | | 4-24-08 |

Copy 1 -- Upon initiation of action, mail this copy to Commissioner

Dockets.Justia.com

UNITED STATES DISTRIC
EASTERN DISTRICT OF MICHIGAN

ORIGINAL

## PATENT, TRADEMARK OR COPYRIGHT INFORMATION
(To be submitted when an 820, 830 or 840 case is filed.)

**1. If this is a patent case, please indicate:**

| PATENT NO. | DATE OF PATENT | PATENTEE/INVENTOR |
|---|---|---|
| 6,991,483 | January 31, 2006 | Milan, Henry |

**2. If this is a trademark case, please indicate:**

| TRADEMARK NO. | DATE OF TRADEMARK | TRADEMARK APPLICANT |
|---|---|---|

**3. If this is a copyright case, please indicate:**

| COPYRIGHT # | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|

Date: April 24, 2008

s/Deborah J. Swedlow
J. Michael Huget (P39159)
Deborah J. Swedlow (P67844)
Julie A, Rajzer (P64705)
BUTZEL LONG
350 S. Main St., Suit 300
Ann Arbor, MI 48104
734.995.3110 (t)
734.995.1777 (f)
swedlow@butzel.com